**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

NATHAN R. HEIN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-08-3030-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 7th day of January, 2009.

                    JAMES R. LARSEN
                    District Court Executive/Clerk


                    by: s/Pamela A. Howard
                          Deputy Clerk

cc: all counsel